# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BLESSOE WATSON**                                                                           **PLAINTIFF**
**#261480**

**V.**                    **NO. 4:23-cv-00907-LPR-ERE**

**ORLANDO NEWBURN and**
**JAMES HILL**                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion:**

On September 29, 2023, *pro se* plaintiff Blessoe Watson, formerly an inmate at the Pulaski County Regional Detention Center, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*.

On February 28, 2024, mail sent to Mr. Watson from the Court was returned

as undeliverable with the notation "not at Grady County Criminal Justice Authority." *Doc. 24.*

The next day, the Court ordered Mr. Watson to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 25.* To date, he has not responded to the Court's February 29 Order, and the time to do so has passed.

Mr. Watson has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 4*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Watson regarding his lawsuit.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Watson's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's February 29 Order; (3) update his address; and (4) prosecute this lawsuit.

2. Defendant Hill's motion for summary judgment (*Doc. 15*) be DENIED as moot.

3. The Clerk be instructed to close this case.

DATED 3 April 2024.

_____
UNITED STATES MAGISTRATE JUDGE