## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BLESSOE WATSON**                                                                    **PLAINTIFF**

**v.**                                          **Case No. 4:23-cv-00907-LPR**

**ORLANDO NEWBURN and**
**JAMES HILL**                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 28).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to prosecute this lawsuit.  Defendant Hill's Motion for Summary Judgment (Doc 15) is DENIED as moot.  The Clerk is instructed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE